IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CASE NO.: 04-13945-WSS-13 |
| RONALD JOHNSON | DATE: 03/25/2009 |
| DEBTOR | DATE CONFIRMED: 12/21/2004 |
| ATTORNEY: HERMAN D. PADGETT | DATE CLOSED: 12/09/2008 |

## FINAL REPORT AND ACCOUNTING

I, J.C. McAleer, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was COMPLETED.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $31,083.64

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| ANDALUSIA HOSPITAL | UNSECURED | $1,794.90 | 13.00 | $233.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| ANDALUSIA HOSPITAL | UNSECURED | $949.12 | 13.00 | $123.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| ANDALUSIA HOSPITAL | UNSECURED | $533.56 | 13.00 | $69.36 | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE BANK | UNSECURED | $935.05 | 13.00 | $121.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| CAVALRY PORTFOLIO SERVICES | UNSECURED | $0.00 | 13.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COVINGTON RADIOLOGY ASSOCIA | UNSECURED | $297.10 | 13.00 | $38.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| GMAC | UNSECURED | $4,283.07 | 13.00 | $556.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| GMAC | SECURED - PREF PY | $20,350.91 | 100.00 | $20,350.91 | $2,590.09 | $0.00 | $0.00 | $0.00 |
| HALCOMB & WERTHEIM | UNSECURED | $0.00 | 13.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCKOWEN & DAY, MD, PC | UNSECURED | $288.20 | 13.00 | $37.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| NADLER & ASSOCIATES PC | UNSECURED | $6,023.00 | 13.00 | $782.99 | $0.00 | $0.00 | $0.00 | $0.00 |
| NADLER & ASSOCIATES PC | UNSECURED | $3,272.74 | 13.00 | $425.46 | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONAL PAYMENT CENTER | UNSECURED | $8,432.54 | 13.00 | $1,096.23 | $0.00 | $0.00 | $0.00 | $0.00 |
| THE PEOPLES BANK OF RED LEVEL | MORTGAGE PAYME | $9,555.45 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| THE PEOPLES BANK OF RED LEVEL | MORTGAGE ARREA | $551.65 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| PRIORITY | $0.00 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $20,350.91 |
| INTEREST | $2,590.09 |
| UNSECURED | $3,485.22 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $1,800.00 |
| TRUSTEE FEE: | $1,543.11 |
| REFUNDED TO DEBTOR: | $1,314.31 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $31,083.64 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ J.C. McAleer

J.C. McAleer, Trustee