Form B271 (Official Form 271)

# United States Bankruptcy Court
Southern District of Alabama

In Re:  
Ronald Johnson  
xxx−xx−1278

Case Number: 04−13945

## FINAL DECREE

The estate of the above named debtor has been fully administered. John C. McAleer III is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 13 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Date: 3/26/09

WILLIAM S. SHULMAN  
UNITED STATES BANKRUPTCY JUDGE